IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT PAGE, individually and in the interest of M.G.P., <br><br> Petitioners, <br><br> v. <br><br> ST. CHARLES R-VI SCHOOL DISTRICT, <br><br> Respondent. | Cause No. 4:25-cv-1132 <br><br> Circuit Court of the 22nd Judicial Circuit, St. Louis City, Missouri <br> Case No. 2522-CC01458 |

## NOTICE OF REMOVAL

COMES NOW Defendant, St. Charles R-VI School District, by and through their attorneys, TUETH KEENEY COOPER MOHAN & JACKSTADT, P.C, and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 hereby removes the above-captioned case from the Twenty-Second Judicial Circuit Court of St. Louis City, State of Missouri, to the United States District Court for the Eastern District of Missouri.  In support of this removal, Defendant states the following to the Court:

1. On May 27, 2025, Plaintiff/Petitioner, Robert Page, individually and in the interest of M.G. P., ("Plaintiff") filed a Petition ("Petition") in the Twenty-Second Judicial Circuit Court of St. Louis City, Missouri, Case No. 2522-CC01458.

2. Defendant St. Charles R-VI School District was served with a copy of the Petition on July 2, 2025.

3. This Notice of Removal is timely under 28 U.S.C. § 1446 (b) as this Notice is being filed "within 30 days after receipt by defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief."

4. Pursuant to 28 U.S.C. § 1446 (a), attached to this Notice of Removal is a copy of the original St. Louis City, Missouri, State Court File, attached hereto as **Exhibit A**.

5. Defendants have not filed an Answer or otherwise responded to Plaintiff's Petition in the Circuit Court of St. Louis City, Missouri.

6. Pursuant to 28 U.S.C. § 1331, and as explained further below, this Court has original jurisdiction over the instant action based on Plaintiff's claims arising under the Individuals with Disabilities Education Act (IDEA), 20 U.S.C. § 1415. *See* Petition, ¶¶ 2 and 4.

7. The Court has supplemental jurisdiction over Plaintiff's claims deemed to arise under the laws of the state of Missouri pursuant to 28 U.S.C. § 1367.

8. Venue of this removal is proper under 28 U.S.C. § 1441 (a) because this Court is the United States District Court for the district and division corresponding to the place where the state court action was pending.

9. This action is not an action described in 28 U.S.C. § 1445 (a) through (d).

10. Pursuant to 28 U.S.C. § 1446 (d), a true and accurate copy of this Notice of Removal will be filed with the Clerk of the Twenty-Second Judicial Circuit Court, St. Louis City, Missouri, as Notice to Clerk of Filing Removal.

11. Defendant, by this Notice, has satisfied all jurisdictional requirements for the removal of this action from the Twenty-Second Judicial Circuit Court of St. Louis City, Missouri, to the United States District Court for the Eastern District of Missouri.

12. Also filed with this Notice of Removal is the Civil Cover Sheet and the Original Case Form.

WHEREFORE, Defendant gives notice that the above-captioned action is hereby removed to the United States District Court for the Eastern District of Missouri, for the reasons set forth above.

        Respectfully submitted,

        TUETH KEENEY COOPER
        MOHAN & JACKSTADT, P.C.

By: */s/ Michelle H. Basi*
    Michelle H. Basi, #54943MO
    Kylie S. Piatt, #64163MO
    Aigner S. Carr, #69994MO
    34 N. Meramec Avenue, Suite 600
    St. Louis, MO  63105
    (314) 880-3600
    (314) 880-3601 (facsimile)
    mbasi@tuethkeeney.com
    kpiatt@tuethkeeney.com
    acarr@tuethkeeney.com

***Attorneys for Defendant***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies a true and correct copy of the foregoing was sent via the Court's electronic filing system, electronic mail, and U.S. Mail on this 28th day of July 2025 upon the following:

Robert Tyrone Page
5928 Park Lane
St. Louis, MO 63147
Rpage7@my.stlcc.edu

*Plaintiff Pro Se*

                */s/ Michelle H. Basi*